Argued June 17, reversed July 26, 1976

GARY ALAN LITTLE, *Petitioner,*
*v.*
OREGON STATE PENITENTIARY, *Respondents.*
(No. 01-76-264, CA 5947)
552 P2d 257

*John K. Hoover,* Deputy Public Defender, Salem, argued the cause for petitioner. With him on the brief was Gary D. Babcock, Public Defender, Salem.

*Thomas H. Denney,* Assistant Attorney General, Salem, argued the cause for respondents. On the brief were Lee Johnson, Attorney General, W. Michael Gillette, Solicitor General, and Al J. Laue, Assistant Attorney General, Salem.

Before Schwab, Chief Judge, and Fort and Thornton, Judges.

Reversed. *Anderson v. OSP,* 26 Or App 193, 552 P2d 256 (1976).

PER CURIAM.